IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CR 118-018 |
| | * |
| OSSIE LEE SHAW | * |

**O R D E R**

Pending before the Court is now-*pro se* Defendant Ossie Lee Shaw's motion to modify his fine payment schedule. (Doc. 80.) Defendant requests a modification to the payment of his fine in light of the Coronavirus pandemic. Specifically, he requests that he make a one-time payment of $1,025 now with the balance of his fine to be paid upon his release from prison. The United States has responded to the motion and consents to Defendant's request. (See Doc. 83.)

The Judgment and Commitment Order sentenced Defendant to a term of imprisonment of 65 months, four years of supervised release, a $2,000 fine, and a $100 special assessment. (Doc. 79.) That Order provided the following payment schedule:

> While in the custody of the Bureau of Prisons, the defendant shall make payments of either quarterly installments of a minimum of $25 if working non-UNICOR or a minimum of 50 percent of monthly earnings if working UNICOR. Upon release from imprisonment and while on supervised release, the defendant shall make minimum monthly payments of $100 over a period of 20 months.

(Doc. 79, at 7.) Defendant currently owes $2,000 of his fine and $25 of his special assessment and maintains a balance of approximately $1,766.93 in his inmate trust account. (See Decl. of Rosylen Givens, Doc. 83-1.)

This Court has interpreted 18 U.S.C. § 3572(d)(3) as permitting the adjustment of a defendant's fine payment schedule when the defendant demonstrates a material change in his or her economic circumstances. See United States v. Mangram, No. CR 211-015-5, 2020 WL 3964037, at *1 (S.D. Ga. July 13, 2020) (citing United States v. Jeffrey, No. CR 111-273, 2015 WL 556431, at *2 (S.D. Ga. Feb. 10, 2015)). Defendant cites to a material change in his economic circumstances caused by the pandemic, which the United States acknowledges in its brief. See also id. (granting similar motion on grounds of changed economic circumstances caused by Coronavirus pandemic).

Upon the foregoing, Defendant's motion to modify his fine payment schedule (Doc. 80) is **GRANTED**. **IT IS HEREBY ORDERED** that upon the withdrawal of $1,025 from Defendant's inmate trust account, Defendant's obligation to pay his fine is **STAYED** until he is released from the custody of the Bureau of Prisons. At that time, Defendant's payment obligations shall immediately recommence under the supervision of the United States Probation Office.

**IT IS FURTHER ORDERED** that:

2

1. Within thirty days hereof, the Federal Bureau of Prisons shall withdraw $1,025.00 from Defendant Ossie Shaw's inmate trust account and remit it to the Federal Clerk in the form of a check bearing case number 1:18-CR-018-001 and mailed to U.S. Clerk of Court, P.O. Box 1130, Augusta, Georgia 30903.  The Clerk of Court shall apply these funds as payment towards the criminal monetary obligations owed by Ossie Lee Shaw, Register 22584-021.

2. The Bureau of Prisons is directed to permit the Defendant access to the remaining funds in his inmate trust account once the $1,025.00 is removed.

3. The Clerk is directed to mail a copy of this Order to FCI Edgefield, Attn: Warden, P.O. Box 725, Edgefield, SC 29824.

   **ORDER ENTERED** at Augusta, Georgia, this ___5th___ day of February, 2021.

   _____
   J. RANDAL HALL, CHIEF JUDGE
   UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF GEORGIA